UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-81196-CV-MIDDLEBROOKS

ERNESTO LONTOC,

    Plaintiff,

v.

SCHOOL BOARD OF PALM
BEACH COUNTY,

    Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Court's Order on Motion for Summary Judgment. (DE 70). Consistent with that Order, it is hereby **ORDERED AND ADJUDGED** that:

1) Final Judgment is **ENTERED** in favor of Defendant School Board of Palm Beach County and against Plaintiff Ernesto Lontoc.

2) The Clerk of Court shall **CLOSE THIS CASE.**

3) All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 13th day of May, 2024.

                                                Donald M. Middlebrooks
                                              United States District Judge

cc:    Counsel of Record